UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLINE BUILDING CARE, INC.,<br><br>Defendant. | Case No. 18-cv-06909-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 18 |

The Plaintiff has advised the Court that the parties have agreed to a settlement of this case. Therefore, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **ninety** days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Should neither party notify the Court of the need to place the matter back on calendar within ninety days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: February 22, 2019

_____
SALLIE KIM
United States Magistrate Judge